# LUCIEN A. MORIN, II
## CHAPTER 7 TRUSTEE
25 East Main Street
Rochester, New York 14614
Telephone: (585) 546-2500
Fax: (585) 546-7218
E-mail: zmcmw@aol.com

*RECEIPT #9130*
*4/26/10*
*$1.59*

April 23, 2010

United States Bankruptcy Court
ATTN: Lisa Lawson
1220 U.S. Courthouse
100 State Street
Rochester, NY 14614

  RE: Todd H. & Erika K. DeRue
    BK 06-22611
    Trustee Check #10030 for dividends under $5

Dear Lisa:

  I enclose the Trustee's check #10030 in the amount of $1.59 for dividends under $5.00 for the following:

| Amount | Claim # | Creditor |
|---|---|---|
| $1.59 | 5 | Federated Retail Holdings, Inc/Kaufmans |

  If you have any questions, please call.

           Very truly yours,

           Lucien A. Morin, II
           Chapter 7 Trustee

LAM/jmc
Enclosure